Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. E. W. DOBSON.

No. 12430.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Helen R. Carloss, Louise Foster, and S. Dee Hanson, Sp. Assts. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Rollin H. Transue, Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Leland W. Scott and John W. Windhorst, both of Minneapolis, Minn., for respondent.

PER CURIAM.

In conformity with opinion and mandate of Supreme Court, 320 U.S. 489, 64 S.Ct. 239, judgment of this Court of March 2, 1943, 8 Cir., 133 F.2d 732, vacated, and new judgment entered affirming decision of United States Board of Tax Appeals (now the Tax Court of the United States) and dismissing petition to review.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. John V. DOBSON.

John V. DOBSON, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue.

Nos. 12425, 12426.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Helen R. Carloss, Louise Foster, and S. Dee Hanson, Sp. Assts. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Rollin H. Transue, Atty., Bureau of Internal Revenue, both of Washington, D. C., for Guy T. Helvering, Commissioner, etc.

Leland W. Scott and John W. Windhorst, both of Minneapolis, Minn., for John V. Dobson.

PER CURIAM.

In conformity with opinion and mandate of Supreme Court, 320 U.S. 489, 64 S.Ct. 239, 495, judgment of this Court of March 2, 1943, 8 Cir., 133 F.2d 732, vacated, and new judgment entered affirming decision of United States Board of Tax Appeals (now the Tax Court of the United States) and dismissing petitions to review.